# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY BEARD

VERSUS

LOUISIANA BUSINESS, INC.
D/B/A BATON ROUGE BUSINESS
REPORT, DWIGHT HUDSON, MATT
WATSON

NO.   2023 CW 0111

**MARCH 27, 2023**

---

In Re:   Louisiana Business, Inc. D/B/A Baton Rouge Business
         Report, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No.
         688101.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DISMISSED.**   This writ application is dismissed
pursuant to the joint motion to dismiss advising this matter has
been settled and requesting that this writ application be
dismissed.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a.s.

---
DEPUTY CLERK OF COURT
    FOR THE COURT